Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT KALANI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMERCIAL NET LEASE REALTY, LP, A DELAWARE LIMITED PARTNERSHIP; T.W.T. SERVICE INDUSTRIES aka TWT SERVICE INDUSTRIES dba DENNY'S RESTAURANT #6881,<br><br>　　　　Defendants. | No.  2:13-CV-00062-WBS-DAD<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |

**WHEREAS,** Plaintiff, Robert Kalani ("Plaintiff"), seeks to amend his complaint to allege additional access barriers which relate to his disability which were identified at a site inspection of the subject property by Plaintiff, which took place on June 11, 2013;

**WHEREAS,** the Ninth Circuit both urges and requires Plaintiff to identify in his complaint all barriers identified which relate to his disability. *Chapman v. Pier 1 Imports (U.S.) Inc.*, 631 F.3d 939, 944 (9th Cir. 2011); *Oliver v. Ralphs Grocery Co.,* 654 F.3d 903, 909 (9th Cir. 2011);

**WHEREAS**, the Parties have not commenced discovery, other than the inspection of the subject property by Plaintiff;

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

**WHEREAS**, Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice defendants Commercial Net Lease Realty, LP, and T.W.T. Service Industries ("Defendants"), nor does the amendment in any way change the nature of the action;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' responses thereto shall be due as required by the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED**.

Dated: July 9, 2013                         MOORE LAW FIRM, P.C.

                                             */s/ Tanya E. Moore*
                                             Tanya E. Moore
                                             Attorneys for Plaintiff,
                                             Robert Kalani

Dated: July 9, 2013                         BASHAM LAW GROUP

                                             */s/ Aaron R. Jackson*
                                             Aaron R. Jackson
                                             Attorneys for Defendants,
                                             Commercial Net Lease Realty, LP and
                                             T.W.T. Service Industries

### ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

**Dated:  July 9, 2013**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE