Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. 2:13-cv-00062-WBS-DAD |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |
| vs. | |
| COMMERCIAL NET LEASE REALTY, LP, a Delaware Limited Partnership, et al., | |
| Defendants. | |

1    IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendants Commercial Net Lease Realty, LP, and T.W.T. Service Industries aka TWT Service Industries dba Denny's Restaurant #6881, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: January 3, 2014            MOORE LAW FIRM, P.C.


                                 */s/ Tanya E. Moore*
                                 Tanya E. Moore
                                 Attorneys for Plaintiff
                                 Robert Kalani

Date: January 3, 2014            BASHAM LAW GROUP


                                 */s/ Aaron R. Jackson*
                                 Aaron R. Jackson
                                 Attorneys for Defendants
                                 Commercial Net Lease Realty, LP, and T.W.T.
                                 Service Industries aka TWT Service Industries dba
                                 Denny's Restaurant #6881


**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.


**IT IS SO ORDERED**.

**Dated:  January 3, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE